CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | : | Criminal No. 7:10-M-409 |
| | : | |
| Myspace account of Jeffery Scott Easley | : | |
| ▓▓▓▓▓▓ | : | **SEALED** |
| | : | |

ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 14th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE