CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Hayersman
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | : | Criminal No. 7:10-M-409 |
| MySpace account of Jeffrey Scott Easley # ▮▮▮▮ | : | **S E A L E D** |

## O R D E R

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related documents in the above-captioned matter be extended for a period of 30 days or pending further order of the court.

_____
UNITED STATES MAGISTRATE JUDGE

3-31-11